UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Christopher Shootes,

Jasreen Mitchell,

Valentina Cortinovis,

(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)

State of Florida
State of Ohio
v. Home DNA test Kit
Vesta Properties
First Baptist Hospital
Ramada Inn
Avis Rental Car
General Motors
OnStar
GM attorney Michael Naughton,

(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)

Michael Naughton /

Case No.: 3:23-cv-928-BJD-LLL
(To be filled in by the Clerk's Office)

**Jury Trial Requested?**
☑ YES  ☐ NO

1. Defendant's Name: General Motors Pamela Krick

   Official Position: Repurchase Coordinator

   Employed at: Repurchase Department

   Mailing Address: Renaissance Center
   Detroit, MI, 48265 - 1000

   ☒ Sued in Individual Capacity   ☐ Sued in Official Capacity

2. Defendant's Name: Michael Naughton

   Official Position: Attorney

   Employed at: 337943

   Mailing Address: 1 Independent Dr # 120
   Jacksonville, FL 32202

   ☒ Sued in Individual Capacity   ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☐ State/Local Officials (*§ 1983 case*)

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum***. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

I have been a victim of retaliation there a number of conflicts of interests that I have and can be submitted if need be. Substantial evidence to prove beyond a reasonable shadow of a doubt

## Factual Allegations, Continued *(Page ___ of ___)*

any conspiracy theory Michael Naughton was witnessed documented and caught on audio video attempting to break into my storage significantly after my home was burglarized with one of the individuals who was also caught on surveillance burglarizing my home. I have been bullied, Civil Rights violated, Liberty Acts simply disregarded there is more than I can openly say. Conflicts of interests Michael Naughton, Vesta Properties, State of Florida, State of Ohio Home DNA test Kit Avis Rental Car, Baptist Hospital General motors, GM Onstar, Ramada inn, An Act

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

42 USC 1983, Privacy Act, Freedom of Religion Police Misconduct, Fairness in School Whistle Blower Protection Enhancement Act

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

(OSC) Relief 5 C.F.R. § 1201.3 5 USC § 2302 (b)(8), (b)(9) or (b)(4) Legislation Act, Miller Act, Tucker Act Anti-deficiency Act, Fear Act, An Act Contractual agreements for Park and Recreation Equity Scottish Rite building in Springfield area

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 08/07/23   Plaintiff's Signature: _Christopher Shooter_

Printed Name of Plaintiff: Christopher Shooter

Address: 2311 West 23rd Street

Jacksonville, FL 32209

E-Mail Address: shooterchristophernauymou@gmail.com

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Christopher Shootes

   Address: 2311 West 23rd Street
   Jacksonville, FL 32209

   City, State, and Zip Code: _____

   Telephone: 904-450-1361 (Home) _N/A_ (Cell)

2. Plaintiff's Name: international Mystem Free and Accepted

   Address: 2101 Gratiot Avenue,
   Detroit, Michigan 48207

   City, State, and Zip Code: _____

   Telephone: (901)355-9390 (Home) _N/A_ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

Telephone Number: (904) 450-1361

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
__Jacksonville__ DIVISION

CASE NO: 3:23-CV-928-BJDLLL

### CERTIFICATE OF SERVICE

I, __Christopher Shoots__, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by __Hand delivery__ (manner of service; *i.e.*, U.S. Mail, electronic mail, etc.) on this __7th__ day of __August__, 20__23__, to:

__Middle District of Florida__
__300 North Hogan Street__
__Jacksonville, FL 32202__

__08/07/23__                           __[Signature]__
(Date)                                   Signature

Justin Clark and Associates
500 Winderley A# 100                (321)282-1055
Maitland FL 32251

Sworn and subscribed
before me on Aug. 7th, 2023
ID: FL D.L.

MCQUIRE R. ALLEN-HALL
Commission # HH 176200
Expires September 19, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

__McQuire R. Allen-Hall__